# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA DEL CARMEN CENTES ACEVEDO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ERNESTO SANTACRUZ, JR., et al.,<br><br>　　　　Respondents. | Case No. CV 25-11878 FMO (SP)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT** |

Pursuant to the parties' Joint Status Report, filed December 31, 2025, stating "both parties agree that the Petition for Writ of Habeas Corpus is now moot, as petitioner is no longer in custody for purposes of federal habeas corpus relief[,]" (Dkt. 15, Joint Status Report at 2), IT IS ORDERED THAT:

1. Petitioner's Petition for Writ of Habeas Corpus **(Document No. 1)** and PI Application **(Document No. 3)** are **denied as moot**.

2. The above-captioned case is **dismissed without prejudice**.

3. Judgment shall be entered accordingly.

Dated this 9th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge