JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA DEL CARMEN CENTES ACEVEDO, <br><br> Petitioner, <br><br> v. <br><br> ERNESTO SANTACRUZ, JR., et al., <br><br> Respondents. | Case No. CV 25-11878 FMO (SP) <br><br> **JUDGMENT** |

  IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 9th day of January, 2026.

/s/
Fernando M. Olguin
United States District Judge